# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Melissa R. Enoch-Deberry ,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                          3:10-cv-202

Mecklenburg County, et al,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 29, 2011 Order.

                                                   Signed: August 29, 2011

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court